SKF USA INC. AND SKF INDUSTRIE S.P.A., PLAINTIFFS *v.* UNITED STATES, DEFENDANT, AND TORRINGTON CO., DEFENDANT-INTERVENOR

Court No. 99–08–00474

(Dated December 15, 2000)

## JUDGMENT

TSOUCALAS, *Senior Judge:* This Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") Final Results of Redetermination Pur-

[7] Black & White's former president, Douglas McIntyre states: "I did not learn until mid-1994 that the Persian limes (which comprised 100% of my lime imports) were/are in fact Citrus Latifolia limes. Having previously understood that these Persian limes were of the Citrus Aurantifolia variety, I always entered my Persian limes correctly, I believed, as such. At the time, I was never corrected by Customs officials or my Customs broker(s). Instead, I understood that they, too, had the same mistaken view that my imported Persian limes were of the Citrus Aurantifolia variety." Plaintiff's Affidavit, Exhibit D.

Black & White's broker, Jimmy Santos, states: "I did not learn until mid-1994 that the imported Mexican Persian limes (which comprised 100% of the lime imports) were/are in fact Citrus Latifolia limes. I believe that I learned about the mistake of fact from someone at Customs. I am not sure how Customs learned that we had all been mistaken for years, but it probably occurred when the tariff changed [sic] became effective mid-1994, listing two lime varieties, and Customs started looking into it and realized that they, we and everyone else involved had been mistaken in our prior belief that the imported Mexican Persian limes were of the Citrus Aurantifolia variety." Plaintiff's Affidavit, Exhibit E.

suant to Court Remand, *SKF USA Inc. v. United States*, 24 CIT ____, Slip Op. 00–81 (July 12, 2000) ("Remand Results"), Torrington's comments to the Remand Results, and Commerce having complied with the Court's remand, and no other responses to the Remand Results having been submitted by the parties, it is hereby

ORDERED that the Remand Results filed by Commerce on October 10, 2000 are affirmed in their entirety; and it is further

ORDERED that since all other issues have been decided, this case is dismissed.